# IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE

### MICHAEL B. ADAMS, v. STATE OF TENNESSEE

**Appeal from the Tennessee Claims Commission**
**No. T20120136     Commissioner William O. Shults**

**No. E2012-01476-COA-R3-CV - Filed September 28, 2012**

**Tenn.  R. App. P.3 Appeal as of Right; Appeal Dismissed**

HERSCHEL PICKENS FRANKS, P.J.,  CHARLES D. SUSANO, JR., J., and D. MICHAEL SWINEY, J.

Michael Brandon Adams, Henning, Tennessee, *pro se.*

Shauna Ales Jennings, Assistant Attorney General, Nashville, Tennessee.

### MEMORANDUM OPINION[1]

This Court issues a show cause order on July 19, 2012, directing the *pro se* incarcerated appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.  The appellant is seeking a review of the decision on a claim pending on the small claims docket of the Tennessee Claims Commission.  "No appeal may be taken from a commissioner's decision regarding claims appearing on the small claims docket."  Tenn. Code Ann. § 9-8-403(a)(2).

The appellant has responded to the show cause order.  However, the response does not

---

[1]Rule 10 of the Rules of the Court of Appeals provides:  "This Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value.  When a case is decided by memorandum opinion it shall be designated 'MEMORANDUM OPINION,' shall not be published, and shall not be cited or relied on for any reason in any unrelated case"

address the fact that there is no right to appeal from the small claims docket order at issue in this case.

Since the statute bars an appeal of a small claims court decision, this appeal is dismissed and the cost of the appeal is assessed to Michael B. Adams.


**PER CURIAM**